UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DESMOND CHARLES PARKER (#569648)** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1493-JWD-RLB** |
| **CHAPLAIN KERR, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 25, 2025 (Doc. 25), to which no objection was filed;

**IT IS ORDERED** that defendant Kerr's Motion to Quash (Doc. 16) is granted, and service of the subpoena is quashed.

**IT IS FURTHER ORDERED** that defendant Payne's Motion to Dismiss (Doc. 17) is granted in part, and that the insufficient service on defendant Payne is quashed.

**IT IS FURTHER ORDERED** that Plaintiff an additional 45 days to serve defendant Payne (who may be served personally at his place of employment or through the Department of Corrections), for the Clerk of Court to issue a summons for Lanquois Payne, and for the United States Marshal to serve the defendant wherever found upon receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that, in all other regards, the Motion to Dismiss (Doc. 17) is denied. The U.S. Marshal's Service is advised that defendant Payne has challenged substitute service at his place of employment. If service is to be made there, it should be on Defendant Payne personally.

*USM - Certified*

**IT IS FURTHER ORDERED** that the Court issue a subpoena to the Department of Corrections for the last known address of defendant Kerr to filed under seal and complete the required USM-285 form. Service is to be made by the USMS.

**IT IS FURTHER ORDERED** that this matter be referred back to the Magistrate Judge for further proceedings herein including the issuance of any orders necessary to carry out the foregoing recommendations.

Signed in Baton Rouge, Louisiana, on July 9, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**