**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DESMOND CHARLES PARKER (#569648)** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1493-JWD-RLB** |
| **CHAPLAIN KERR, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 14, 2026 (Doc. 70), to which an objection was filed and considered (Doc. 72);

**IT IS ORDERED** that the Motion for Summary Judgment filed by Defendants, Delbert Kerr and Lanquois Payne, (Doc. 66) is GRANTED, and that this action shall be dismissed, without prejudice.

**IT IS FURTHER ORDERED** that all other pending motions (Docs. 52, 58, 64 and 69) are denied as moot.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 10, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**